E-FILED 11/5/2010

1  MORGAN, LEWIS & BOCKIUS LLP
   L. JULIUS M. TURMAN, State Bar No. 226126
2  jturman@morganlewis.com
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001

5  MATTHEW S. MENZIE, State Bar No. 211404
   mmenzie@morganlewis.com
6  300 South Grand Ave., 22nd Floor
   Los Angeles, CA 90071-3132
7  Tel: 213.612.2500
   Fax: 213.612.2501

Attorneys for Defendant Prudential Annuities

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CURTIS CLARK, | Case No. CV10-4954-GAF (PJWx) |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] FINAL JUDGMENT ON ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| PRUDENTIAL ANNUITIES, A BUSINESS OF PRUDENTIAL FINANCIAL, INC., AND DOES 1 THRU 100, inclusive | |
| | Judge: Hon. Gary A. Feess |
| Defendants. | |

Defendant Prudential Annuities ("Prudential" or "Defendant") filed a Motion to Dismiss on July 13, 2010.  The matter was heard before this Court on September 13, 2010.

The Court, having considered the parties' moving, opposing, reply and supplemental papers and the evidentiary record as a whole, concluded that all of Plaintiff's claims fail for the reasons provided in the Court's Order.  Accordingly, the Court granted Defendant's Motion to Dismiss on these claims.  The Order Granting Defendant's Motion to Dismiss is attached hereto as Exhibit "A" and is hereby incorporated in its entirety by reference.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
HOUSTON

DB2/22012472.1

[PROPOSED] JUDGMENT ON ORDER
CASE NO. CV10-4954-GAF (PJWX)

1  **NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND**
2  **DECREED**:
3      Judgment as to the claims asserted by Plaintiff shall be entered in favor of
4  Defendant and against Plaintiff Curtis Clark; the action of Plaintiff against
5  Defendant is dismissed in its entirety.  Plaintiff shall take nothing on his action
6  against Defendant.
7  **IT IS SO ORDERED**.
8  Dated:	November 4, 2010

                    _____
                      Hon. Gary A. Feess
                      Judge of the United States District
                      Court Central District

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
HOUSTON

DB2/22012472.1	2	[PROPOSED] JUDGMENT ON ORDER
CASE NO. CV10-4954-GAF (PJWX)